IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYNOVUS BANK,

    Plaintiff,

vs.                        CASE NO. 3:12-cv-132/RS-EMT

CRAIG R. SIMS, et al,

    Defendants.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Sims and Defendant Quail Lake Developers, LLC's Motion to Dismiss Complaint, Alternatively Motion to Make more Definite and Certain (Docs. 8 &9) are **DENIED as moot**.

**ORDERED** on June 4, 2012.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**